IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG M. BLUEDORN, )<br>MELISSA L. BLUEDORN, )<br>individually and on behalf of )<br>SAVANNAH CLARK, d/o/b 10/28/1996, )<br>a minor, as Parent and next of Kin, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MARK J. WOJNAREK, individually and as )<br>Sheriff Deputy for the MONTGOMERY )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>BILLY WALL, individually and as )<br>Sheriff Deputy for the MONTGOMERY )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>JOHN STONE, individually and as )<br>Sheriff Deputy for the MONTGOMERY )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>NORMAN LEWIS, individually and as )<br>Sheriff of MONTGOMERY COUNTY )<br>SHERIFF'S DEPARTMENT, )<br>and MONTGOMERY COUNTY, TENNESSEE,)<br>)<br>    Defendant. ) | Case No. 3:07-cv-0839<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, Defendants' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part, Plaintiffs' Rule 59(e) Motion to Alter or Amend is **GRANTED**, and Plaintiffs' Motion for Reconsideration of Order of October 3, 2008 and *Daubert* Motion is **DENIED**. The claims remaining for trial include the plaintiffs' excessive force claims against Deputies Wojnarek and Wall and all of the plaintiffs' state law

claims, with the exception of the negligence claim against Montgomery County, over which this court declines to exercise supplemental jurisdiction.

It is so Ordered.

Entered this 29th day of October 2008.

_____
ALETA A. TRAUGER
United States District Judge