IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG M. BLUEDORN, ) | |
| MELISSA L. BLUEDORN, ) | |
| individually and on behalf of ) | |
| SAVANNAH CLARK, d/o/b 10/28/1996, ) | |
| a minor, as Parent and next of Kin, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0839 |
| ) | Judge Trauger |
| MARK J. WOJNAREK, individually and ) | |
| BILLY WALL, individually, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Costs and to Enforce Prior Order Awarding Expert Fees (Docket 127) is **GRANTED**, and the plaintiffs are hereby **ORDERED** to pay to the defendants $8383.85 in costs associated with this litigation.

The defendants' Motion for Attorneys' Fees (Docket No. 129) is **DENIED**, and the plaintiffs' Renewed Motion for Judgment as a Matter of Law, or Alternatively to Alter, Amend or Vacate Judgment or Relief From Judgment or Motion for a New Trial (Docket No. 131) is **DENIED**.

Entered this 27th day of July 2009.

_____
ALETA A. TRAUGER
United States District Judge